# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL D. BEECH, ) | Case No: 8:16-CV-00667 JC |
| ) | |
| Plaintiff ) | **JUDGMENT** |
| ) | |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Having approved the Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order Of Remand.

DATE:   October 26, 2016

/s/
Honorable Jacqueline Chooljian
United States Magistrate Judge